UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

ERIKA WOERNER,

    Plaintiff,

vs.                                   CASE NO.:

SCHOOL BOARD OF PALM
BEACH COUNTY, FLORIDA,

    Defendant.
_____

**COMPLAINT AND DEMAND FOR JURY TRIAL AND INJUNCTIVE RELIEF**

The Plaintiff, ERIKA WOERNER, sues the Defendant, SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA, and alleges as follows:

1. This is an action to redress discrimination based upon disability pursuant to the Americans with Disabilities Act, 42 U.S.C. §12101, *et seq.,* (ADA) and the Florida Civil Rights Act, §760.01, *et seq.,* Florida Statutes, (FCRA) and for injunctive relief.

Parties

2. Plaintiff is a resident of Palm Beach County, Florida, who, at all times relevant to this action, was an employee of the Defendant.

3. Plaintiff was employed by the Defendant during all times relevant to this action and was/is Defendant's employee within the meaning of 42 U.S.C. §12111(4) and the FCRA.

4. The Defendant is a political subdivision of the State of Florida in the geographical jurisdiction of this Court, and is an "employer" as that term is defined in the ADA and the FCRA.

## Venue and Jurisdiction

5. Venue is appropriate in this Court because all or a majority of the conduct that led to this action occurred in Palm Beach County.

6. Jurisdiction is appropriate in this Court pursuant to U.S.C. §1331 and the ADA. Supplemental jurisdiction over the state law claims is appropriate in this Court pursuant to U.S.C. §1367.

## Relevant Facts

7. Plaintiff is disabled, as defined by the applicable statutes and/or case law.

8. Recently, the Plaintiff submitted a request for a reasonable accommodation due to her disability.

9. Although the Defendant previously granted requests for reasonable accommodations to the Plaintiff, the Defendant denied the Plaintiff's requests.

10. The Defendant denied Plaintiff's request for a reasonable accommodation, without individual consideration.

11. The Plaintiff will suffer irreparable damage should the Defendant continue to deny her request for reasonable accommodation.

## COUNT I: DISABILITY DISCRIMINATION PURSUANT TO THE AMERICANS WITH DISABILITIES ACT

12. The Plaintiff incorporates Paragraphs 1-11 as if fully rewritten herein.

13. The Plaintiff was treated less favorably than co-workers who were not members of her protected class. Specifically, but not as a limitation, the Plaintiff was treated less favorably than similarly situated employees who were/are not disabled.

14. The Plaintiff's disability(ies) were a determining factor in the decision to deny the her request for reasonable accommodations and to otherwise treat her less favorably than similarly situated co-workers. Such conduct violates the ADA.

15. As a direct and proximate result of the Defendant's unlawful conduct, the Plaintiff has suffered, and may continue to suffer, the loss of income and loss of potential employment opportunities. The Plaintiff also suffered and continue to suffer, mental anguish, emotional distress, and embarrassment, as a result of the Defendant's unlawful conduct.

16. Plaintiff has exhausted all requisite administrative remedies prior to bringing this action. Specifically, the Plaintiff timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission which was dual filed with the Florida Commission on Human Relations and has received a Notice of Right to Sue. The Plaintiff brings this action within ninety days of receiving the Notice of Right to Sue.

WHEREFORE, based upon the foregoing, the Plaintiff prays:

a. That the Court take jurisdiction over this action;

b. That the Court award the Plaintiff her lost pay and benefits caused by the Defendant's unlawful conduct;

   c. That the Court award the Plaintiff compensatory damages for her mental anguish;

   d. That the Court award the Plaintiff prejudgment interest; and

   e. That the Court award the Plaintiff a reasonable attorney's fees and costs in bringing this action.

COUNT II: DISABILITY DISCRIMINATION PURSUANT TO THE
FLORIDA CIVIL RIGHTS ACT

17. The Plaintiff incorporates Paragraphs 1-11 as if fully rewritten herein.

18. The Plaintiff was treated less favorably than co-workers who were not members of her protected class. Specifically, but not as a limitation, the Plaintiff was treated less favorably than similarly situated employees who were/are not disabled.

19. The Plaintiff's disability(ies) were a determining factor in the decision to deny the her request for reasonable accommodations and to otherwise treat her less favorably than similarly situated co-workers. Such conduct violates the FCRA.

20. As a direct and proximate result of the Defendant's unlawful conduct, the Plaintiff has suffered, and may continue to suffer, the loss of income and loss of potential employment opportunities. The Plaintiff also suffered and continue to suffer, mental anguish, emotional distress, and embarrassment, as a result of the Defendant's unlawful conduct.

21. Plaintiff has exhausted all requisite administrative remedies prior to bringing this action. Specifically, the Plaintiff timely filed a Charge of

Discrimination with the Equal Employment Opportunity Commission which was dual filed with the Florida Commission on Human Relations and has received a Notice of Right to Sue. The Plaintiff brings this action within ninety days of receiving the Notice of Right to Sue.

WHEREFORE, based upon the foregoing, the Plaintiff prays:

a. That the Court take jurisdiction over this action;

b. That the Court award the Plaintiff her lost pay and benefits caused by the Defendant's unlawful conduct;

c. That the Court award the Plaintiff compensatory damages for her mental anguish;

d. That the Court award the Plaintiff a reasonable attorney's fees and costs in bringing this action.

## **JURY TRIAL DEMAND**

The Plaintiffs demand a trial by jury on all issues so triable.

Dated this 29th day of February, 2024.

**PRIVATE CORPORATE COUNSEL**
Attorneys|Consultants|Mediators
201 East Pine Street, Suite 445
Orlando, Florida 32801
(407) 647-7887
(407) 647-5396 Fax
PCC File No. 5109-1
*Attorneys for Plaintiff*

_____
Melissa C. Mihok, Esq.
Florida Bar No. 555851
mmihok@pcc.law
courtefiling@pcc.law